## WOODS v. THE STATE.

(Decided April 4, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. H. P. HEFLIN.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—The record is regular and the time for signing bill of exceptions having expired, the cause is affirmed on the record.

---

## DOUGLASS v. THE STATE.

(Decided April 4, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—The record is regular in all respects and the time for signing bill of exceptions having expired, as appears from the certificate of the clerk, the cause is affirmed.

---

## GIBSON v. THE STATE.

(Decided April 4, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—The transcript contains no bill of exceptions, and the time for signing same having expired, and the record being regular, the cause is affirmed.

---

## MARTIN v. THE STATE.

(Decided May 30, 1916.)

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—Appeal dismissed on authority of *Sanders v. State, infra,* 70 South. 949.